UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID L. BURG *and* ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> MATTHEW PLATKIN, et al., <br><br> *Defendants*. | Civil Action No. 24-10076 RMB-AMD |

**NOTICE OF MOTION FOR A PRELIMINARY INJUNCTION**

**(Relief Requested Prior to January 7, 2025)**

TO:  David Leit, Esq.
      Office of the Attorney General
      Department of Law and Public Safety
      Division of Law
      25 Market Street
      Trenton, NJ 08625

      Jessica Palmer, Esq.
      Office of the Attorney General
      Department of Law and Public Safety
      Division of Law
      25 Market Street
      Trenton, NJ 08625

**PLEASE TAKE NOTICE**, that pursuant to this Court's Scheduling Order (ECF No. 5) Plaintiffs, David L. Burg and Association of New Jersey Rifle & Pistol Clubs, Inc. (collectively "Plaintiffs") shall move before the Honorable Renee M. Bumb, U.S.D.J., at the United States Courthouse, Mitchell H. Cohen Building & U.S. Courthouse 4th & Cooper Streets, Camden, NJ

08101, for an Order granting a preliminary injunction, pursuant to Fed. R. Civ. P. 65 and L. Civ. R. 65.1, enjoining the operation and effect of certain provisions of New Jersey's Extreme Risk Protective Order Act, N.J.S.A. 2C:58-20, *et seq*. other provisions of New Jersey law and for other emergent relief as set forth in the filed Complaint.

**PLEASE TAKE FURTHER NOTICE** that in support of the within motion, Plaintiffs shall rely upon the following documents:

1) Declaration of David L. Burg, and

2) Brief.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs request oral argument.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

Dated: November 7, 2024                                     Respectfully submitted,

s/ Daniel L. Schmutter
Daniel L. Schmutter
HARTMAN & WINNICKI, P.C.
74 Passaic Street
Ridgewood, New Jersey 07450
(201) 967-8040
(201) 967-0590 (fax)
dschmutter@hartmanwinnicki.com
*Attorney for Plaintiffs*
