[Docket No. 7.]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| DAVID L. BURG and ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MATTHEW PLATKIN, *et al.*,<br><br>Defendants. | Civil No. 24-10076 (RMB/AMD)<br><br>**ORDER** |

**THIS MATTER** comes before the Court upon Plaintiffs David L. Burg's and the Association of New Jersey Rifle & Pistol Clubs, Inc.'s motion for a preliminary injunction (Docket No. 7), and the Court having considered Plaintiffs' moving papers and supporting documentation, and Defendants' opposition thereto, and whereas the Court finds *Younger v. Harris*, 401 U.S. 37 (1971) abstention applies, and for the reasons stated in the accompanying Opinion of today's date, and for other good cause shown,

**IT IS**, on this **23rd** day of **December 2024**, hereby:

**ORDERED** that the Court **DENIES** Plaintiffs' motion for a preliminary injunction (Docket No. 7); and it is further

**ORDERED** that the Court **DISMISSES WITHOUT PREJUDICE** Plaintiffs' claims for injunctive and declaratory relief as set forth in the Complaint; and it is further

**ORDERED** that the Court **STAYS** Plaintiffs' claims for monetary damages as set forth in the Complaint; and it is finally

**ORDERED** that the Clerk of the Court shall administratively terminate this action.

**s/Renée Marie Bumb**
RENÉE MARIE BUMB
Chief United States District Judge